UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Curtis Jerome Lytle, | ) | C/A No. 5:16-cv-01784-TMC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | ORDER |
| Charles Samuels; Christopher Zych; Curtis Mabe, and Dale Rupert, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On September 12, 2016, Plaintiff was ordered to pay the full filing fee in this case within thirty-one (31) days or this civil action would be dismissed. (ECF No. 14). The deadline for Plaintiff's performance under the Order was set for October 13, 2016. *Id.* However, because the deadline occurred during the nine-day "state-wide holiday" declared by the Supreme Court of South Carolina for Hurricane Matthew, *see Order Re: Hurricane Matthew* (S.C. Oct. 10, 2016), it was extended to October 17, 2016 pursuant to Rule 6(a)(1)(C), (6)(C) of the Federal Rules of Civil Procedure. The time for Plaintiff's performance has now passed and Plaintiff has not submitted the $400.00 filing fee ($350.00 filing fee plus $50.00 administrative fee) for this case.[1]

---

[1] The court notes that Plaintiff has paid the full filing fee as directed in a separate, but essentially identical, case that Plaintiff filed after he filed this case. *See Lytle v. Samuels*, No. 5:16-cv-02277-TMC-KDW, ECF No. 17. The same defendants are named in that case and,

1

Accordingly, this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

                                        s/Timothy M. Cain
                                        United States District Judge

November 2, 2016
Anderson, South Carolina

---

therefore, even though this case is dismissed, Plaintiff can pursue any claims he has against them in No. 5:16-cv-02277-TMC-KDW.

2